MEMO ENDORSED

# KLEIN & FOLCHETTI, P.C.

*Attorneys and Counselors at Law*
50 Main Street
Brewster, New York  10509
Tel. (914) 934-8792
Fax  (914) 934-8793*
E-Mail: robert@folchettilaw.com*

ROBERT W. FOLCHETTI
Admitted in NY, CT & Federal Courts

* Not for Service of Papers

WESTHCESTER COUNTY OFFICE
219 Westchester Avenue
Port Chester,  New York  10573

October 21, 2020

### *ONE PAGE VIA ELECTRONIC FILING AND FACSIMILE TO (914) 390-4179*

Hon. Nelson S. Roman
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

   Re: *Guarino v. Sudano*
     <u>Docket No.: 7:19-cv-03325</u>

Dear Hon. Judge Roman:

  This office represents the plaintiff in the above-referenced matter. A telephone conference was held on September 17, 2020 with Judge McCarthy, at which time the discovery deadline was extended to December 1, 2020. In light of this extension, we hereby request that the October 23, 2020 status conference be adjourned to a later date.

  Thank you for your consideration.

       Respectfully yours,

       ROBERT W. FOLCHETTI

cc: Scahill Law Group, P.C.
  (516) 873-6229

In light of the discovery deadline extension, the Oct. 23, 2020 Status Conf. is adjourned until Jan. 22, 2021 at 2:15 pm.  This conference will be conducted remotely by teleconference unless otherwise ordered by this Court.  To access the teleconference, please follow these directions: **(1) Dial the Meeting Number: (877) 336-1839; (2) Enter the Access Code: 1231334 #; (3) Press pound (#) to enter the teleconference as a guest**.

Clerk of Court requested to terminate the motions (docs. 24 and 25).
Dated:  Nov. 2, 2020

SO ORDERED:

HON. NELSON S. ROMAN
UNITED STATES DISTRICT JUDGE



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/2/2020